### In re JOSHUA W.

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 2, 1989.

Decided Nov. 7, 1989.

John J. Finn, Yarmouth, for Father.

Peter S. Kelley, Caribou, for Mother.

Carrie L. Linthicum, Asst. Atty. Gen., Dept. of Human Services, Augusta, for appellee.

Reginald Burleigh, Caribou, Guardian Ad Litem.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

## MEMORANDUM OF DECISION.

We uphold the decision of the District Court (Caribou, *Daigle, J.*) terminating the parental rights of both parents. Clear and convincing evidence supports the District Court's findings that termination of parental rights is in the best interests of the child and that neither parent has made a good faith effort to rehabilitate and reunify with the child. 22 M.R.S.A. § 4055(1)(B) (Supp.1988).

The entry is:

Judgment affirmed.

All concurring.